STATE v. HOWARD

No. 37P98

Case below: 128 N.C.App. 532

Motion by Attorney General for temporary stay denied 5 February 1998.

STATE v. HUDSON

No. 512P97

Case below: 123 N.C.App. 336

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. JACKSON

No. 562P97

Case below: 127 N.C.App. 562

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. LEMONS

No. 377A95

Case below: Wayne County Superior Court

Motion by defendant for appropriate relief denied 5 February 1998.

STATE v. LONG

No. 566P97

Case below: 127 N.C.App. 756

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 8 December 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 December 1997.